IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JENNIFER GOLDSTEIN, et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. 20-1193-RGA |
| | : | |
| BGC HOLDING, L.P., et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

Counts I to V are DISMISSED without prejudice. 28 U.S.C. § 1367(c)(3). As Count VI has already been dismissed with prejudice (D.I. 17), the Clerk is directed to CLOSE the case.

IT IS SO ORDERED this  15  day of September 2021.

                                                            /s/ Richard G. Andrews
                                                         United States District Judge